IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRITISH TELECOMMUNICATIONS PLC,  )
                                 )
                  Plaintiff,     )          C. A. No.:  16-646-LPS
                                 )
            v.                   )
                                 )
VALVE CORPORATION,               )
                                 )
                  Defendant.     )

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff British

Telecommunications plc and Defendant Valve Corporation hereby stipulate to the dismissal of

this action and that each party shall bear its own attorney's fees and costs.  All claims of

infringement that Plaintiff raised or could have raised in this action are DISMISSED WITH

PREJUDICE.  All counterclaims that Defendant raised or could have raised in this action are

DISMISSED WITH PREJUDICE.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*

_____
Melanie K. Sharp (No. 2501)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, DE  19801
(302) 571-6681
msharp@ycst.com
rvrana@ycst.com

PROSKAUER ROSE LLP
James H. Shalek
Nolan M. Goldberg
Baldassare Vinti
Fabio E. Tarud
Daniel J. Werb
Eleven Times Square
New York, NY  10036
(212) 969-3000

*Attorneys for British Telecommunications plc*

Dated:  August 10, 2017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
Edward A. Cavazos
Brian C. Nash
Ngai Zhang
Tim J. Rawson
401 Congress Avenue, Suite 170
Austin, TX  78701-3797
(512) 580-9600

BARCELÓ, HARRISON & WALKER, LLP
Reynaldo C. Barceló
2901 West Coast Highway, Suite 200
Newport Beach, CA  92663
(949) 340-9736

*Attorneys for Valve Corporation*


IT IS SO ORDERED this _____ day of August, 2017.



_____
United States District Judge